# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YULEK STEVEN DEC**, derivatively on behalf of **APPOLYON, INC.**, | : | CIVIL ACTION NO. 1:24-CV-83 |
| | : | |
| | : | **(Judge Neary)** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **DONALD MCLEAN,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 24th day of March, 2025, upon consideration of defendant Donald McLean's motion (Doc. 51) to amend the answer to the amended complaint and to assert counterclaims, and the parties' respective briefs in support of and in opposition to McLean's motion, (see Docs. 52, 56, 61), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. McLean's motion (Doc. 51) to amend the answer to the amended complaint and to assert counterclaims is GRANTED.

2. McLean is DIRECTED to file, within five days of the date of this Order, the amended answer and counterclaims in the form attached to McLean's Motion (Doc. 51) as Exhibit "A" to the docket.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania